# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flsb.uscourts.gov

In re:

                                                                                                        Chapter 13
                                                         Case No.: 6:24-bk-03429-GER

**Diane Oskierko**,

     Debtor(s).

_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S
### PROPOSED AMENDED CHAPTER 13 PLAN [D.E. ]

     Secured Creditor, U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust, its successors and/or assignees ("**Secured Creditor**"), objects to confirmation of Diane Oskierko's ("**Debtor**") proposed amended Chapter 13 Plan [D.E. 21] filed on September 13, 2024, and states:

     1.     Secured Creditor holds a secured claim by virtue of that certain promissory Note dated June 28, 2007, which is secured by a Mortgage recorded on July 17, 2007 as Document Number 2007131575, in Book 03522, Page 2342, in the Public Records of Osceola County, Florida, encumbering real property located at *3500 Suzette Drive, Kissimmee, FL 34746* ("**Property**").

     2.     The Mortgage was assigned to Movant ("**Assignment**"). The Assignment was recorded on February 17, 2021, in the Official Records of Osceola County, Florida, Document number 2021023168, in Book 5893, Page 567.

     3.     On July 5, 2024 ("**Petition Date**"), the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

     4.     On September 18, 2024, Secured Creditor timely filed its proof of claim ("**Claim**") as Claim Number 6-2 which reflects a total secured claim in the amount of

$337,931.84, pre-petition arrearages due and owing in the amount of $77,014.10 and pay a post-petition payment of $1,470.74.

5. On September 13, 2024, the Debtor filed the proposed amended Chapter 13 Plan [D.E. 21] which proposes to cure a pre-petition arrearage of $77,014.10 and pay a post-petition payment of $1,470.74.

6. On September 30, 2024, Secured Creditor filed its Notice of Mortgage Payment Change (the "PCN") evidencing the increase in the post-petition monthly payment to $1,614.92 starting November 1, 2024.

7. The Debtor's Plan does not provide for the increased monthly post-petition payment to Secured Creditor pursuant to the PCN. As a result, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii). Accordingly, Debtor will be required to amend their plan to fully provide for the post-petition payment owed to Secured Creditor.

8. Furthermore, the plan does not comply with 11 U.S.C. §1325 and is not feasible because it fails to properly provide for the treatment of Secured Creditor's claim. Here the Debtor has listed on Schedule I and J net monthly income in the amount of $2,396.28. Such amount is insufficient to fund the plan and fully provide for Secured Creditor's claim. The proposed monthly plan payment is $3,580.00 in months 4 - 60. As a result, the proposed Chapter 13 Plan is not feasible. Therefore, the Plan cannot be confirmed. 11 U.S.C. §1325(a)(6).

**WHEREFORE**, Secured Creditor respectfully objects to confirmation of the proposed amended Plan and requests the following:

1. That confirmation of the proposed amended Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief that this Court deems just and proper.

**Dated: 10/02/2024**

                Respectfully submitted,

                **GHIDOTTI | BERGER, LLP**
                *Attorneys for Secured Creditor*
                1031 North Miami Beach Blvd.
                North Miami Beach, FL 33162
                Telephone: 305.501.2808
                Facsimile: 954.780.5578
                bknotifications@ghidottiberger.com

                By: /s/ Melbalynn Fisher
                Melbalynn Fisher, Esq. (FL Bar #107698)

## **CERTIFICATE OF SERVICE**

On 10/02/2024, I served the foregoing document described as Objection to Confirmation of Debtor's Proposed Amended Chapter 13 Plan on the following individuals by electronic means through the Court's ECF program:

**COUNSEL FOR DEBTOR**
Jonathan D Eichelberger
jon@themelawfirm.com


**CHAPTER 13 TRUSTEE**
Laurie K Weatherford
ecfdailysummary@c13orl.com


**U.S. TRUSTEE**
Office of the United States Trustee
USTP.Region21.OR.ECF@usdoj.gov



By depositing true copies thereof in the United States mail at North Miami Beach, Florida, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Diane Oskierko
3500 Suzette Drive
Kissimmee, FL 34746



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.